ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

      - v. -                           :       **UNSEALING ORDER**

ROBEL JOSE HERNANDEZ RODRIGUEZ,      :
DANIEL GUZMAN, and                           08 Cr. 670
JAMIE LNU,                           :

      Defendants.                   :

- - - - - - - - - - - - - - - - - - x

      WHEREAS, the above-captioned indictment was returned on July 22, 2008 and, upon application of the Government, ordered to be filed under seal; and

      WHEREAS the Government has requested that the above-captioned indictment be unsealed;

      IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 670 be unsealed.

Dated: New York, New York
      August 12, 2008
           13

SO ORDERED:

                          _____
                          HONORABLE HENRY PITMAN
                          CHIEF UNITED STATES MAGISTRATE JUDGE
                          SOUTHERN DISTRICT OF NEW YORK

