UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,

            Plaintiff                   Docket No.: 08-CRIM-670

-against-                       **NOTICE OF APPEARANCE**

ROBEL JOSE HERNANDEZ RIVERA,

            Defendant.
----------------------------------------------------------X

S I R:

      **PLEASE TAKE NOTICE**, that the Defendant, ROBEL JOSE HERNANDEZ RIVERA, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney(s) for said Defendant(s) and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: August 13, 2008

                            Yours etc.

                            JACOBSON GOLDBERG & KULB, LLP
                            Attorney for the Defendant

                            Miles R. Jacobson, Esq.
                            585 Stewart Avenue, Suite 720
                            Garden City, NY 11530
                            (516) 222-2330

To:  Clerk of the Court
      U.S. District Court, Southern District of New York
      Daniel Patrick Moynihan U.S. Courthouse
      500 Pearl Street
      New York NY 10007

      William Stellmach, Assistant U.S. Attorney
      Office of the United States Attorney – Criminal Division
      1 St. Andrew's Plaza
      New York, NY 10007

