UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,

        Plaintiff                   Docket No.: 08-CRIM-670

-against-                      **NOTICE OF APPEARANCE**

ROBEL JOSE HERNANDEZ RIVERA,

        Defendant.
------------------------------------------------------------X

S I R:

        **PLEASE TAKE NOTICE**, that the Defendant, ROBEL JOSE HERNANDEZ RIVERA, hereby appears in the above entitled action, and that the undersigned has been retained as Attorney(s) for said Defendant(s) and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: August 13, 2008

                                    Yours etc.

                                    JACOBSON GOLDBERG & KULB, LLP
                                  Attorney for the Defendant

                                  Miles R. Jacobson, Esq.
                                  585 Stewart Avenue, Suite 720
                                  Garden City, NY 11530
                                  (516) 222-2330

To:  Clerk of the Court
     U.S. District Court, Southern District of New York
     Daniel Patrick Moynihan U.S. Courthouse
     500 Pearl Street
     New York NY 10007

     William Stellmach, Assistant U.S. Attorney
     Office of the United States Attorney – Criminal Division
     1 St. Andrew's Plaza
     New York, NY 10007

